AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-40022 |
| SARAH C. BELOCK | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. Courthouse<br>211 - 19th Street<br>Rock Island, IL 61201 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 8/1/13 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/29/2013

/s/ Thomas J. Shields

_Judge's signature_

Thomas J. Shields, U.S. Magistrate Judge
_Printed name and title_