4:13-cr-40022-SLD-JAG   # 22    Page 1 of 3
4:13-cr-40022-SLD-JAG   # 21-1   Page 1 of 3
E-FILED
Thursday, 05 September, 2013   E-FILED
Tuesday, 27 August, 2013  05:07:31 PM
Clerk, U.S. District Court, ILCD
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-40022 |
| SARAH C. BELOCK, | ) ) ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court on the government's motion for entry of a Preliminary Order of Forfeiture upon Defendant Sarah C. Belock's plea of guilty and pursuant to 18 U.S.C. §2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1. The Indictment also sought forfeiture, pursuant to 18 U.S.C. §492 and 28 U.S.C. §2461(c), of all counterfeits of any coins or obligations or other securities of the United States or any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §472; and any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices or things found in the possession of the defendant without proper authority, including but not limited to:

   (a)   One (1) black Apple iPhone with IMEI No. 013331001269004;

(b) One (1) Apple brand Desktop Computer with no visible serial number and with wireless keyboard and mouse; and

(c) One (1) black Epson brand XP-300 Model Scanner/Printer.

3. On August 22, 2013, the defendant entered a written plea agreement with the United States whereby she pled guilty to the Indictment, admitted the conduct which formed the basis of the forfeiture allegation of the Indictment, and agreed to the forfeiture of the above items.

Accordingly, it is hereby ordered, adjudged and decreed:

A. All right, title and interest in and to the foregoing property is hereby forfeited to the United States of America and the United States is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253.

B. The above mentioned property is to be held by the United States until further order of this court.

C. Pursuant to 18 U.S.C. § 2253, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Gregory Gilmore, Assistant United States Attorney within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This

notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

      D.    Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

ENTER: _____September 3_____, 2013.

                                                        /s/ Sara Darrow

                                        _____
                                        U.S. District Judge Sara Darrow