E-FILED
Tuesday, 19 November, 2013
Friday, 15 November 2013  03:04:38 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-40022 |
| | ) | |
| SARAH C. BELOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On September 2, 2013, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §492 based upon the defendant Sarah C. Belock's plea and stipulation to the conduct which forms the basis of the forfeiture allegations of the Indictment;

Commencing on September 12, 2013 and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     The United States' Motion for Final Order of Forfeiture is hereby granted

and all right, title and interest in and to the following property is hereby forfeited to the

United States:

    (a)     One (1) black Apple iPhone with IMEI No. 013331001269004;

    (b)     One (1) Apple brand Desktop Computer with no visible serial

number and with wireless keyboard and mouse; and

    (c)     One (1) black Epson brand XP-300 Model Scanner/Printer.

2.     The United States, or its agents or representatives, is hereby authorized to

dispose of said property in accordance with law.

ENTERED this 19th day of November, 2013

s/Sara Darrow

_____

U.S. District Judge Sara Darrow